1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUTTA KOSIELOWSKY, an individual; and DANNY BAUCUM, an individual,<br><br>        Plaintiffs,<br><br>   v.<br><br>NEVADA COUNTY ANIMAL CONTROL, a governmental agency; SAMMIES FRIENDS, a corporation; CHERYL WICKS, an individual; and DOES 1 through 10, inclusive,<br>        Defendants. | Case No.: 2:17-cv-01141-MCE-AC<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME FOR SERVICE OF PROCESS** |

     Whereas, plaintiffs' counsel filed a request to extend the time to complete service on defendants pursuant to FRCP 4(m); and

     Whereas, this Court has determined that good cause has been demonstrated for the failure to effect service, and notwithstanding the good cause showing, defendants have suffered no prejudice and plaintiffs would suffer great prejudice by the denial of plaintiffs' request;

///

///

///

///

///

///

Therefore, this Court GRANTS plaintiffs' request for an extension of time to complete service, and the proofs of service now on file with this Court demonstrate timely service.

IT IS SO ORDERED.

Dated: October 30, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE