UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUTTA KOSIELOWSKY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA COUNTY ANIMAL CONTROL, a governmental agency; SAMMIES FRIENDS, a corporation CHERYL WICKS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01141-MCE-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND**<br>**DISCOVERY CUTOFF** |

Good cause having been shown, it is that ordered that the Scheduling Order shall be modified to extend the deadline for the Discovery Cutoff to 150 days after Defendants' Motions to Dismiss have been ruled on and Defendants have answered.

IT IS SO ORDERED.

Dated: March 14, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

ORDER GRANTING STIPULATION TO EXTEND DISCOVERY CUTOFF